UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------- x

In re                              :

                                  :       Case No. 08-13174 (JMP)

SABABA GROUP, INC.,          :

                                  :       Chapter 11

                   Debtor.      :

-------------------------------------------------------- x

### ORDER AUTHORIZING EMPLOYMENT AND RETENTION OF ARENT FOX LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS *NUNC PRO TUNC*

Upon the application (the "Application") of the Official Committee of Unsecured Creditors (the "Committee") of Sababa Group, Inc. (the "Debtor"), for entry of an order authorizing the employment and retention of Arent Fox LLP ("Arent Fox") as counsel to the Committee, *nunc pro tunc* to August 25, 2008, pursuant to Sections 504 and 1103(a) of Title 11 of the United States Code §§ 101 *et seq.* (the "Bankruptcy Code") and Rules 2014 and 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); and upon the Declaration of Andrew I. Silfen in support of the Application; and it appearing that Arent Fox represents no interest adverse to the Committee, the Debtor, the Debtor's estate or its creditors with respect to the matters for which Arent Fox is to be engaged, that Arent Fox is a disinterested person as that term is defined in Section 101(14) of the Bankruptcy Code, and that the employment and retention of Arent Fox is necessary and in the best interests of the estate; and good and adequate notice of the Application having been given, and after due deliberation and sufficient cause appearing; therefor, it is hereby

ORDERED, that the Application is APPROVED and GRANTED; and it is further

ORDERED, that pursuant to Section 1103(a) of the Bankruptcy Code, the Committee is authorized and empowered to employ and retain Arent Fox, as its counsel, effective *nunc pro*

*tunc* to August 25, 2008, on the terms and conditions set forth in the Application and the Silfen

Declaration; and it is further

ORDERED, that compensation and reimbursement of expenses to be paid to Arent Fox

shall be paid as an administrative expense of the Debtor's estate in such amounts as shall be

allowed and determined upon appropriate application to the Court pursuant to Sections 330 and

331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules, the United

States Trustee Guidelines for fees and all orders and such other procedures as may be fixed by

this Court.

Dated:     New York, New York
            October   9 , 2008

_____
UNITED STATES BANKRUPTCY COURT